

# INVOICE

Invoice # 7826
Date: 04/21/2025
Due On: 05/21/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Nichole Lynn Dillinger

## 05449-Dillinger Nichole Lynn

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JC | 12/05/2024 | Drafted Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Reviewed current invoice and drafted Lodestar Analysis. | 0.30 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and proposed Order. **AI would not summarize activities - had to copy and paste each entry to word doc and then summarize in ChatGPT - took some time. | 0.80 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/06/2024 | Reviewed memo from TR regarding Application for Compensation; revised same. | 0.20 | $0.00 | $0.00 |
| Service | JC | 12/09/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $0.00 | $0.00 |

Invoice # 7826 - 04/21/2025

| Service | JAC | 12/18/2024 | Review: Proof of Claim 24-51515-KMS LVNV Funding, LLC Document # 5 | 0.10 | $360.00 | $36.00 |
|---------|-----|------------|-------------------------------------------------------------------|------|---------|--------|
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51515-KMS Hyundai Capital America DBA Kia Finance America Document # 6 | 0.20 | $0.00 | $0.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51515-KMS Jefferson Capital Systems LLC Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51515-KMS Midland Credit Management, Inc. Document # 9 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51515-KMS First Electronic Bank Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: 24-51515-KMS Minute Entry (CHAP) Document# 21 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/03/2025 | Review: 24-51515-KMS Order on Application for Compensation Document# 19 | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/13/2025 | Review email from debtor: Debtor sent me an email regarding her potentially looking into getting married, reviewed wiki to determine the best answer, drafted email to paralegal to ask for assistance. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/14/2025 | Review email from debtor: Reviewed email from debtor regarding possible marriage, after speaking with a paralegal, drafted an email to debtor with details on how marriage would affect her bankruptcy plan | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/15/2025 | Review and respond to email memo: Reviewed email memo from VM re: plan payment; drafted email to VM informing her that once the debtor gets married the attorney analyzes the non filing spouses income to see if it increases | 0.10 | $155.00 | $15.50 |
| Service | VM | 01/16/2025 | Contact Debtor (Text/Email): Reviewed email from paralegal, responded to debtor's emails about | 0.10 | $100.00 | $10.00 |

|  |  |  | concerns regarding marriage and trustee payments increasing |  |  |  |
|---|---|---|---|---|---|---|
| Service | JAC | 02/20/2025 | Review: 24-51515-KMS Notice of Assignment/Transfer of Claim Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/20/2025 | Review: 24-51515-KMS Transfer of Claim (No Waiver) Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | VM | 02/27/2025 | Call Debtor: Reviewed email from debtor about incurring debt, gave her a call back to inform her of process. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/05/2025 | Review email from debtor: Reviewed email from debtor to inform us she is ready to proceed with requesting a loan. Drafted email to debtor to inform her of needed documents to incur debt. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/07/2025 | Contact Debtor (Text/Email): Drafted email to debtor to inform her of loan process and to inform her personal loan would be rejected from the court. Informed debtor loans are usually approved for cars, homes, emergencies, etc. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/31/2025 | Review email from debtor: Reviewed email from debtor informing me of her inquiry about her possibly receiving additional income from child support, she wanted to know if it would change her plan payments. Reviewed wiki and determined we would need to list as income but I wasn't certain if it would change her plan payments, drafted email to JC for review. | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/02/2025 | Contact Debtor (Text/Email): Reviewed email from paralegal informing me what is needed to determine changes in debtor's case, drafted email to debtor. | 0.10 | $100.00 | $10.00 |
| Service | TR | 04/18/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/21/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; began drafting 2nd Application for Compensation. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/21/2025 | Created draft invoice and gathered information to obtain cost of mailing | 0.10 | $155.00 | $15.50 |

Invoice # 7826 - 04/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | estimate. | | | |
| Service | JC | 04/21/2025 | Drafted 2nd Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/21/2025 | Reviewed current invoice and completed drafting 2nd Application for Compensation; drafted Notice, Affidavit, and proposed Order. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/21/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$414.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/06/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $34.85 | $34.85 |
| Expense | 04/21/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application - Estimate | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$38.35** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.5 | $360.00 | $180.00 |
| Jennifer Curry Calvillo | | Attorney | 0.6 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 0.1 | $0.00 | $0.00 |
| Jacki Curry | | Non-Attorney | 0.6 | $155.00 | $93.00 |
| Jacki Curry | | Non-Attorney | 1.8 | $0.00 | $0.00 |
| Vanessa Martinez | | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Kerri Rodabough | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | | **Subtotal** | **$452.85** |
| | | | | **Total** | **$452.85** |

Invoice # 7826 - 04/21/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7306 | 01/04/2025 | $3,100.46 | $0.00 | $3,100.46 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7826 | 05/21/2025 | $452.85 | $0.00 | $452.85 |

| | | | Outstanding Balance | $3,553.31 |
|---|---|---|---|---|
| | | | Total Amount Outstanding | $3,553.31 |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? [3] pages

Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents? [1] parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. [2]

We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side. [1]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
| | 1.5 | |
| Date and Time: | Mon Apr 21 2025 08:30:57 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 3 | |
| Sheets Per Envelope | 1.5 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 0.5700000000000001 |
| Postage Cost: | $ | 0.73 |
| Total Cost: | $ | 3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED