IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Nichole Lynn Dillinger, Debtor                         Case No. 24-51515-KMS
                                                                                           CHAPTER 13

## NOTICE

    Debtor has filed papers with the court to suspend their bankruptcy payments. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

    You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: December 12, 2025         Signature:    /s/ Thomas C. Rollins, Jr.
                                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                                Jennifer A Curry Calvillo (MSBN 104367)
                                                                The Rollins Law Firm, PLLC
                                                                P.O. Box 13767
                                                                Jackson, MS 39236
                                                                trollins@therollinsfirm.com
                                                                601-500-5533

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Nichole Lynn Dillinger, Debtor                 Case No. 24-51515-KMS
                                                        CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor's vehicle is in need of repair work. The estimated cost for the repairs is approximately $1,500.00.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months January and February 2026 so those funds will be available for her needed car repairs.
4. Debtor wishes to resume making plan payments in March 2026.
5. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                                             /s/ Thomas C. Rollins, Jr.
                                                             Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

NICHOLE LYNN DILLINGER

CASE NO: 24-51515-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 12/12/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/12/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

NICHOLE LYNN DILLINGER

CASE NO: 24-51515-KMS

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 12/12/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/12/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-51515-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI DEC 12 10-19-15 PST 2025 | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| AFFIRM  INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO  CA 94108-2716 | COASTAL FAMILY HEALTH<br>PO BOX 475<br>BILOXI  MS 39533-0475 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 |
| FIRST ELECTRONIC BANK<br>CO OPPORTUNITY FINANCIAL  LLC<br>130 E RANDOLPH STREET  SUITE 3300<br>CHICAGO  IL 60601-6313 | GENESIS FS CARD<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 | GULF COAST ORAL  FACI<br>1760 MEDICAL PARK DR<br>STE A<br>BILOXI  MS 39532-2131 |
| HYUNDAI CAPITAL AMERICA DBA KIA FINANCE AMER<br>PO BOX 20825<br>FOUNTAIN VALLEY  CA 92728-0825 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KIA MOTORS FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20825<br>FOUNTAIN VALLEY  CA 92728-0825 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD  VA 22119-3000 | NAVY FEDERAL CREDIT UN<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD  VA 22119-3000 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD  VA 22119-3000 | ONE MAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | ONEMAIN FINANCIAL GROUP  LLC<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 |
| | | ~~EXCLUDE~~ |
| OPPLOANS<br>130 EAST RANDOLPH ST<br>SUITE 3400<br>CHICAGO  IL 60601-6379 | PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>PO BOX 41067<br>NORFOLK  VA 23541-1067 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| | DEBTOR | ~~EXCLUDE~~ |
| (P)UPLIFT  INC<br>2 N CENTRAL AVE FL 10<br>PHOENIX AZ 85004-4422 | NICHOLE LYNN DILLINGER<br>174 BEACHVIEW AVE<br>BILOXI  MS 39531-4806 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ |

~~EXCLUDE~~

~~(P)WARREN A. CUNTZ, II JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~