MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:   _____          Case No.: _____

   _____          Chapter: ____
              *Debtor(s)*

**Notice of Change of Address for Creditor**

_____ (Creditor) hereby gives notice of its new address:

**Current Notice Address**:   _____
*(As shown on matrix)*           _____
                                 _____
                                 _____

**New Notice Address**:       _____
                                 _____
                                 _____
                                 _____

**New Payment Address**:      _____
*(If applicable)*                _____
                                 _____
                                 _____

**Proof of Claim Number(s)**: _____
*(If applicable)*

**Reason for Change of Address**:   ☐ New Loan Servicer[1]
                                     ☐ New Location
                                     ☐ Other _____

Prepared By:

Signature: _____          Address: _____
Name: _____                         _____
Title: _____                        _____
Phone No: _____                     _____

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan).  Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

Page 1 of 2

MSSB-NCAC (4/24)

## Certificate of Service

      I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on _____ addressed to:
                    (Date)

Debtor(s):

_____

_____

_____

_____

                                          _____
                                          Name

                                          _____
                                          Signature