# INVOICE

Invoice # 9650
Date: 10/29/2026
Due On: 11/28/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Nichole Lynn Dillinger

## 05449-Dillinger Nichole Lynn

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 10/06/2026 | Contact Debtor (Text/Email): Reviewed pay and bank on file and reviewed case notes; drafted e-mail to debtor requesting updated pay and bank statements. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/09/2026 | Review and respond to email memo: Reviewed e-mail from debtor informing she will have to go to the bank to get her statements because she cannot get them online; she is not working but is taking care of her mother who is helping with her bills right now; drafted reply informing we need the bank statements as soon as possible to complete her conversion filing. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/14/2026 | Review and respond to email memo: Reviewed email from debtor with PNC Bank statements attached; reviewed documents on file and case notes; reviewed PNC Bank statements to determine if Venmo is still being used; drafted e-mail to debtor requesting Venmo statements for July, Aug., and Sept. and informing we need them today. | 0.30 | $155.00 | $46.50 |
| Service | JC | 10/14/2026 | Review and respond to email memo: Reviewed bank statements submitted by debtor via e-mail; drafted reply; drafted task memo to JAC regarding conversion schedules. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/15/2026 | Draft Conversion Schedules | 0.20 | $360.00 | $72.00 |
| Service | GM | 10/16/2026 | Reviewed schedules and statements | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Uploaded all docs to TT site. | | | |
| Service | JC | 10/20/2026 | Drafted Certificate of Compliance of Provision of Payment Advices to Case Trustee and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/20/2026 | Contact Debtor (Text/Email): Reviewed conversion GIP to determine if new debts were added to conversion; prepared Summary, Amended I/J, Declaration, 122 A-1, and Statement of intent for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor to inform e-mail was sent | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/21/2026 | Reaffs - Conversion MOC 11/12 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/21/2026 | Review and respond to email memo: Reviewed email from debtor informing she was told that there is a window right before my chapter 7 is done that her credit is high and is the best time to get a loan to get a car and inquiring what that time period is; drafted reply informing I am not aware of that situation. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/23/2026 | Review and respond to email memo: Reviewed text message from debtor informing she is not employed and her daughter is 14; revised Sch. I and J to reflect same; drafted reply to debtor informing it doesn't really matter but I changed it and she can sign. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/23/2026 | Reviewed text message from debtor informing she signed conversion documents; tried numerous times to download from BC with no luck; tried to restart BC - would not work; chat correspondence with JAC to download same; prepared Schedules, 122A-1, Intent, and Atty Discl for filing | 0.60 | $155.00 | $93.00 |
| Service | JC | 10/29/2026 | Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed | 0.60 | $155.00 | $93.00 |

trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order.

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| Jacki Curry | Non-Attorney | 2.6 | $155.00 | $403.00 |
| Grayson Morrison | Non-Attorney | 0.3 | $100.00 | $30.00 |
| | | | **Subtotal** | **$541.00** |
| | | | **Total** | **$541.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9576 | 11/01/2026 | $1,500.00 | $0.00 | $1,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9650 | 11/28/2026 | $541.00 | $0.00 | $541.00 |
| | | | **Outstanding Balance** | **$2,041.00** |
| | | | **Total Amount Outstanding** | **$2,041.00** |