**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Nichole Lynn Dillinger** **Case No. 24-51515-KMS**
**, Debtor** **CHAPTER 13**

**FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $3,075.50 | $24.96 | $3,100.46 | 19 | 12/31/2024 |
| $414.50 | $38.35 | $452.85 | 31 | 04/24/2025 |
| $541.00 | $0.00 | $541.00 | n/a | n/a |
| $4,031.00 | $63.31 | $4,094.31 | | |

# INVOICE

Invoice # 7306
Date: 12/05/2024
Due On: 01/04/2025


# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236


Nichole Lynn Dillinger

## 05449-Dillinger Nichole Lynn

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BM | 06/20/2024 | Reviewed drivers license and social security card to collected information to pull credit report. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/20/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/21/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, drivers license, social security card, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $100.00 | $30.00 |
| Service | VM | 06/25/2024 | Call Debtor: Attempted to call debtor, no answer so I left a voicemail. Drafted an email as well. | 0.30 | $100.00 | $30.00 |
| Service | VM | 06/28/2024 | Call Debtor: Reviewed email from debtor regarding Documents needed, updated what I could and had a phone conference with debtor to ask remaining questions. Showed debtor how to get Apple Pay statements. Drafted an email to debtor regarding Venmo statements and other documents I needed from her. | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/02/2024 | Review and organize documents provided by debtor: Reviewed and organized documents debtor sent me, | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | had a phone conference with her to inform her we are missing other documents, drafted an email. | | | |
| Service | BM | 07/03/2024 | Reviewed certificate for completed pre petition credit counseling course | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/10/2024 | Review email from debtor: Reviewed debtors emails, updated documents that were missing. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/10/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/16/2024 | Call Debtor: Reviewed email from attorney regarding case, tried to have a phone conference with debtor to update her, no response so I drafted an email | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/18/2024 | Review email from Attorney: Review email from attorney regarding debtor, had a phone conference with debtor to update her with JAC response. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/22/2024 | Review email from debtor: Reviewed email debtor sent me, answering attorney's questions | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/24/2024 | Review expenses for household to determine if it'll work for case preparation | 0.10 | $360.00 | $36.00 |
| Service | BM | 07/25/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B and SOFA | 0.50 | $100.00 | $50.00 |
| Service | VM | 07/25/2024 | Call Debtor: Phone conference with debtor to notify her with what documents are needed to be updated | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/29/2024 | Review and organize documents provided by debtor: Hancock Whitney July statement and 7/22 pay stub | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/30/2024 | Input Case - research Lexis Public Records, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $360.00 | $180.00 |
| Service | BB | 07/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to confirm their creditors. | | | |
| Service | JC | 08/01/2024 | Call Debtor: Telephone conference with debtor inquiring if she has made a decision about which option to file; she informed she had not seen the e-mail but will review and get back with me. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/01/2024 | Incoming Call: Telephone call from debtor about filing option. She said she cannot afford the payment; she also said she didn't know how the attorney figured for her fiance because she did not submit his pay; discussed her filing options; she said right now she is exempt from taxes but in about a month she is going back to non-exempt and will start having deductions; she said she will also start having insurance withheld in about 1 1/2 months, that her job is new; drafted memo to JAC inquiring how many months of pay she needs to refigure. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 08/01/2024 | review 2 emails from JC re: $\Delta$ questions about plan pmt. Respond with what we can do | 0.20 | $360.00 | $72.00 |
| Service | BB | 08/01/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she received my email. | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/01/2024 | Call Debtor: Phone conference with debtor to discuss what she is missing, sent her a text message with list | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/02/2024 | Contact Debtor (Text/Email): Reviewed text from debtor with a document of creditors. Drafted reply text inquiring if this is a list of creditors not on the matrix. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/02/2024 | Contact Debtor (Text/Email): Reviewed memo from JAC informing she will need two pay stubs with the new deductions debtor is expecting so she can rerun the numbers; drafted e-mail to debtor requesting same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/04/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing she will wait until she has two paychecks with new deductions if it will not hurt anything; drafted reply informing it will be fine. | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/06/2024 | Review email from debtor: Reviewed debtors email, updated what was needed, sent debtor an email informing | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | her with what I was needing. Responded to email debtor had questions about. | | | |
| Service | BB | 08/06/2024 | Review email from debtor: Reviewed email from debtor with amounts owed to her additional creditors. Organized information into debtors file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/06/2024 | Add debts missing from schedule F | 0.20 | $360.00 | $72.00 |
| Service | BB | 08/07/2024 | Contact Debtor (Text/Email): Drafted text informing debtor of the mailing address of a creditor she thought was missing. | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/07/2024 | Review email from debtor: Reviewed email sent from debtor, updated statements | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/20/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing her taxes were not withheld from her pay after she filed new W4 form and inquiring if she needs to wait until her employer corrects it or go ahead and file; drafted reply informing it is up to her. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/20/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring how long it will take to change her plan payments once she submits her lower pay and also when her first payment is due; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/21/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing she wants to wait until her deductions from her pay are correct before she files. | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/22/2024 | Review and organize documents provided by debtor: Updated debtors pay | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/29/2024 | review tasks to determine status of ∆s decision to file | 0.10 | $360.00 | $36.00 |
| Service | VM | 08/29/2024 | Call Debtor: Phone conference with debtor to discuss needed August documents | 0.10 | $100.00 | $10.00 |
| Service | VM | 09/04/2024 | Review email from debtor: Reviewed documents debtor sent me, organized and uploaded into clio | 0.20 | $100.00 | $20.00 |
| Service | VM | 09/06/2024 | Review email from debtor: Reviewed email from debtor, updated documents in client folder | 0.20 | $100.00 | $20.00 |
| Service | VM | 09/11/2024 | Review email from debtor: Reviewed email from debtor, updated harvesting | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | document task. | | | |
| Service | VM | 09/13/2024 | Reviewed debtor's documents, determined none are missing. Set task for next time debtor should receive a paystub. | 0.10 | $100.00 | $10.00 |
| Service | JC | 09/19/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor inquiring if she has her new pay yet, and if so, is she ready to move forward. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/20/2024 | Reviewed e-mail from debtor informing she is ready to file without student loans and informing she is moving in a few weeks and will be paying $450 a month in rent; reviewed expenses form - list $800 on mortgage; reviewed Sch J - no mortgage or rent listed; drafted memo to JAC informing debtor will be adding rent. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/20/2024 | review & respond to email from JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/20/2024 | Reviewed memo from VM inquiring if she needed to collect additional information from debtor as she saw my task said "Waiting for New Pay"; drafted reply informing debtor was waiting until she received her pay with deductions before she made her decision on filing. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/23/2024 | Reviewed memo from JAC; reviewed memo from VA inquiring status of case; drafted reply informing we need all bank and pay through current date. | 0.10 | $155.00 | $15.50 |
| Service | VM | 09/24/2024 | Reviewed email from paralegal and attorney requesting updated documents, sent email to debtor. | 0.10 | $100.00 | $10.00 |
| Service | VM | 09/26/2024 | Contact Debtor (Text/Email): Reviewed debtors email and updated some documents, other documents were downloading blurry so I drafted a email to debtor to resend those and to send other needed documents. | 0.40 | $100.00 | $40.00 |
| Service | VM | 10/03/2024 | Review and organize documents provided by debtor: Reviewed debtor files to determine what bank statements/ pay stubs is still needed. Reviewed email debtor sent containing new bank statements/pay stubs, updated. Phone conference to notify debtor of need bank statements | 0.40 | $100.00 | $40.00 |
| Service | VM | 10/03/2024 | Review email from debtor: Reviewed | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | cashapp bank statement debtor sent. | | | |
| Service | VM | 10/10/2024 | Review email from debtor: Reviewed email from debtor, updated pay stubs. Sent to BM for review. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/11/2024 | Reviewed file to determine if we have all up-to-date bank statements and pay stubs, emailed attorney to inform them that we do. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/15/2024 | Input Case - update MT, I with current income. Calculate current deductions, add to I. | 0.20 | $360.00 | $72.00 |
| Service | BB | 10/15/2024 | Review email from debtor: Reviewed email from debtor inquiring if her plan payments will change due to her now paying rent. Drafted reply email to debtor inquiring how much a month she is paying and informed her it will be discussed at her meeting with the attorney once I have the information. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/21/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 10/21/2024 | Conference w/ client to review and revise petition, schedules, statements and plan; advise client on duties while in bankruptcy | 0.50 | $360.00 | $180.00 |
| Service | JAC | 10/21/2024 | Make updates to B, plan, I per signing appt checklist. Prepare and send final bankruptcy to debtor to review and sign | 0.20 | $360.00 | $72.00 |
| Service | BM | 10/22/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating some updates need to be made on Schedule F, texted to collect more information to provide to the attorney. | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/22/2024 | Collected information that needed to be updated on Schedule F and Schedule J, sent to the attorney. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/22/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $360.00 | $144.00 |
| Service | BM | 10/22/2024 | Contact Debtor (Text/Email): Drafted text to debtor with case number | 0.10 | $155.00 | $15.50 |
| Service | BB | 10/22/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 10/23/2024 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; drafted Notice of Filing Plan; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/23/2024 | Review: 24-51515-KMS Meeting of Creditors Chapter 13 Document# 8 | 0.20 | $360.00 | $72.00 |
| Service | TR | 10/23/2024 | Review: 24-51515-KMS Order Upon Employer Directing Deductions from Pay Document# 10 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/23/2024 | review & approve drafted notice of plan | 0.20 | $360.00 | $72.00 |
| Service | JC | 10/24/2024 | Drafted refund request letter to Crossroads Financial; reviewed Notice of Filing; prepared letter, enclosures, postage, and envelopes for mailing to creditor and employer. | 0.30 | $155.00 | $46.50 |
| Service | JC | 10/24/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching copy of letter mailed to Crossroads on her behalf. | 0.10 | $155.00 | $15.50 |
| Service | CO | 10/24/2024 | Contact Debtor (Text/Email): Drafted email memo to debtor with Ch. 13 bankruptcy case number and payment plan information. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/25/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/29/2024 | Review and organize documents provided by debtor: Reviewed court docket for the schedules/statements to verify bank accounts and sources of income; reviewed statements for 5 bank accounts, pay advices, identification and taxes for the Meeting of creditors; created list of missing documents for CO to get for the Trustee | 0.30 | $155.00 | $46.50 |
| Service | KR | 10/30/2024 | Call Debtor: Called debtor left message; drafted email to debtor requesting the missing bank statements and pay stubs for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | CO | 11/01/2024 | received email from debtor with bank statements and pay stubs for trustee to review. organized into client folder. | 0.60 | $100.00 | $60.00 |
| Service | JAC | 11/06/2024 | Review: Proof of Claim 24-51515-KMS | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | LVNV Funding, LLC Document # 1. (20 page document) Review 341 notice to determine bar date for unsecured claims. Compare claim to what's listed on schedules to determine if any further action needed. Ensure no personally identifying information is included | | | |
| Service | CO | 11/07/2024 | Review and organize documents provided by debtor: Reviewed 2 emails with October pay and statements for 5 accounts. Organized into client folder and sent to attorneys to review. | 0.40 | $100.00 | $40.00 |
| Service | KR | 11/08/2024 | Review and organize documents provided by debtor: Reviewed statements for 5 accounts, the taxes, identification and the paystubs for 60 days to verify all Trustee documents were accounted for; updated task for CO to mail all documents with the Trustee letter for the Meeting of Creditors | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/08/2024 | Prepared documents to be mailed to trustee by merging 2 years of tax returns, 2 months of bankstatements, 2 months of pay, ID and SSC along with a cover letter. Forwarded PDF to KAR to print and mail out. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/08/2024 | Printed, packaged, and mailed letter and trustee documents to the trustee | 0.40 | $100.00 | $40.00 |
| Service | JAC | 11/11/2024 | Review: Proof of Claim 24-51515-KMS MS Dept of Revenue Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/11/2024 | Amend Plan - update treatment to MS Dept of revenue pursuant to claim filed w/the court. Recalculate plan payment | 0.20 | $360.00 | $72.00 |
| Service | KR | 11/12/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/18/2024 | Review and respond to email memo: Received email from debtor about the second credit counseling course. Replied to email with link to the website and instructions for starting the course. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 11/19/2024 | Review and respond to email memo: received email from debtor confirming her wage order has started. Debtor also asked for online payment website and info. Sent link and information page. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/22/2024 | In-Office Conference: Setup video and assist client with Meeting of Creditors - she attended in our Gulfport office | 0.20 | $100.00 | $20.00 |
| Service | TR | 11/22/2024 | Attend Ch 13 Meeting of Creditors Warren A. Cuntz T1 Jr. | 0.30 | $360.00 | $108.00 |
| Service | VM | 11/22/2024 | Incoming Call: Debtor called because she was having a hard time finding Gulfport office, transferred to BB | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/26/2024 | Contact Debtor (Text/Email): Prepared Amended Plan for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-51515-KMS Navy Federal Credit Union Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/27/2024 | Reviewed Amended Plan executed by debtor; revised through Best Case adding debtor’s e-signature and date executed; reviewed POC; reviewed MS SoS site for registered agent; drafted Notice of modified plan; drafted memo to JAC to review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 12/02/2024 | review & approve drafted notice prepared by JC | 0.20 | $360.00 | $72.00 |
| Service | JC | 12/02/2024 | Reviewed memo from JAC regarding Notice of Modified Plan; converted Notice and Amended Plan to pdf and merged as one document; prepared same for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/03/2024 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | TR | 12/04/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| **Non-billable services** | | | | | | |
| Service | VM | 06/24/2024 | Reviewed debtors credit report in search of student loans. None were found. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 07/03/2024 | Contact Debtor (Text/Email): Sent debtor | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | an email to inform her we need June statements. | | | |
| Service | VM | 07/11/2024 | Emailed JAC regarding debtor | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 07/15/2024 | review & respond to email from VM | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | VM | 07/17/2024 | Review email from debtor: Drafted email to attorney regarding debtor's situation | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 07/17/2024 | Review & respond to email from VM | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | BM | 07/23/2024 | Reviewed file to determine if we have all documents needed for attorney review. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 07/30/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting two emergency contacts. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 08/01/2024 | Incoming Call: Debtor called to speak with JC, transferred | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 08/01/2024 | Review and organize documents provided by debtor: Reviewed and organized emergency contact information into debtors file. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 08/02/2024 | Review email from debtor: Review email from debtor, updated what was needed, sent her what is needed. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 08/05/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she is confused about which list to review. Drafted email sending the matrix again. Informed the debtor to review that list. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 08/06/2024 | Review email from debtor: Reviewed email from debtor with a list of missing creditors. Drafted reply email to debtor informing her that we also need the amount owed to those creditors. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 08/09/2024 | Review email from debtor: Reviewed email from debtor, updated debtors documents | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | JAC | 08/15/2024 | Review JC task re: follow up w/∆ to determine status on ∆s decision | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | VM | 08/26/2024 | Reviewed debtors documents to see what needs to be updated for attorneys review. Made note on harvesting document task | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 09/06/2024 | Contact Debtor (Text/Email): Drafted text message to debtor to send documents needed | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 09/09/2024 | Review email from debtor: Reviewed email from debtor, updated harvesting task notes | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 09/20/2024 | Review email from debtor: Reviewed email from debtor, forward to JC with memo to further discuss debtors case | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 09/23/2024 | Review email from debtor: Reviewed email from JC, reviewed documents to determine what else was needing to be updated. | ~~0.20~~ | ~~$100.00~~ | ~~$20.00~~ |
| Service | BB | 10/15/2024 | Contact Debtor (Text/Email): Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 10/15/2024 | Review email from debtor: Reviewed email from debtor with monthly amount the debtor in now paying in rent. Drafted a reply email requesting she sign the fee agreement so we may get her scheduled with the attorney. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 10/15/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting she complete the signing of her fee agreement as we have a small window to get her scheduled with the attorney to get her filed. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BB | 10/15/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she will look over her fee agreement tonight and have it signed by tomorrow. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | BM | 10/16/2024 | Call Debtor: Called debtor to schedule signing with attorney, left a voicemail. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | BM | 10/17/2024 | Contact Debtor (Text/Email): Text to debtor requesting her to call me so we can schedule her signing with the attorney. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | BM | 10/18/2024 | Contact Debtor (Text/Email): Text thread with debtor to schedule signing with attorney. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | JAC | 10/21/2024 | Review clio memo re: signing appointment scheduled | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 10/22/2024 | Update Contact | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | TR | 10/23/2024 | Review: 24-51515 Creditor Disk/Matrix Uploaded (ADI) Document# | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | BB | 10/23/2024 | Contact Debtor (Text/Email): Reviewed | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | text from debtor stating they would like to attend their meeting of creditors in office. Drafted text to debtor inquiring which office they would like to attend in. | | | |
| Service | JC | 10/24/2024 | Reviewed memo from JAC approving Notice of Plan; converted to format in preparation for upload to CertificateofService.com. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | BB | 10/24/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she would like to attend her meeting of creditors in our Gulfport office. Scheduled to our calendar. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | CO | 10/24/2024 | Reviewed plan and determined debtor has a wage order. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KR | 10/29/2024 | Reviewed Meeting of Creditors to verify Trustee and date; created task for CO to gather all statements, identification, taxes and pay advices for the Meeting of Creditors | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |
| Service | KAR | 11/08/2024 | Reprinted, packaged, and mailed letter and documents to the debtor's trustee | ~~0.20~~ | ~~$100.00~~ | ~~$20.00~~ |
| Service | JAC | 11/13/2024 | Review: Proof of Claim 24-51515-KMS OneMain Financial Group, LLC Document # 3 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | CO | 11/14/2024 | Review and respond to email memo: Received email from debtor stating the wage order has not gone through. They spoke to their payroll office about wage order and said it should reflect on her next paycheck. set a reminder to follow up Monday to see if payment went through. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 11/19/2024 | Review email from debtor: Reviewed email from debtor regarding Credit Counseling Courses, forwarded to CO | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | TR | 11/21/2024 | Review: 24-51515-KMS Personal Financial Management Course (Certificate) Document# 15 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | BB | 11/21/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them of the office change of address. | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| | | | | **Services Subtotal** | | **$3,075.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $16.80 | $16.80 |
| Expense | 10/24/2024 | Postage: Letter to Crossroads Financial | 1.00 | $0.69 | $0.69 |
| Expense | 11/08/2024 | Postage for mailing trustee documents to trustee | 1.00 | $2.59 | $2.59 |
| Expense | 12/02/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.88 | $4.88 |
| | | | Expenses Subtotal | | **$24.96** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.1 | $360.00 | $1,116.00 |
| Thomas Rollins | Attorney | 1.4 | $360.00 | $504.00 |
| Brooke Brueland | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Jacki Curry | Non-Attorney | 2.9 | $155.00 | $449.50 |
| Vanessa Martinez | Non-Attorney | 3.8 | $100.00 | $380.00 |
| Breanne McDaniel | Non-Attorney | 0.5 | $155.00 | $77.50 |
| Breanne McDaniel | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Clara Ortega | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Kirsten Raimey | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | Non-Attorney | 0.7 | $155.00 | $108.50 |
| | | | **Subtotal** | **$3,100.46** |
| | | | **Total** | **$3,100.46** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7306 | 01/04/2025 | $3,100.46 | $0.00 | $3,100.46 |
| | | | **Outstanding Balance** | **$3,100.46** |
| | | | **Total Amount Outstanding** | **$3,100.46** |

ROLLINS LAW FIRM

# INVOICE

Invoice # 7826
Date: 04/21/2025
Due On: 05/21/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Nichole Lynn Dillinger

### 05449-Dillinger Nichole Lynn

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 12/05/2024 | Drafted Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Reviewed current invoice and drafted Lodestar Analysis. | 0.30 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and proposed Order. **AI would not summarize activities - had to copy and paste each entry to word doc and then summarize in ChatGPT - took some time. | 0.80 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/05/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/06/2024 | Reviewed memo from TR regarding Application for Compensation; revised same. | 0.20 | $0.00 | $0.00 |
| Service | JC | 12/09/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 12/18/2024 | Review: Proof of Claim 24-51515-KMS LVNV Funding, LLC Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51515-KMS Hyundai Capital America DBA Kia Finance America Document # 6 | 0.20 | $0.00 | $0.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51515-KMS Jefferson Capital Systems LLC Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51515-KMS Midland Credit Management, Inc. Document # 9 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51515-KMS First Electronic Bank Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: 24-51515-KMS Minute Entry (CHAP) Document# 21 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/03/2025 | Review: 24-51515-KMS Order on Application for Compensation Document# 19 | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/13/2025 | Review email from debtor: Debtor sent me an email regarding her potentially looking into getting married, reviewed wiki to determine the best answer, drafted email to paralegal to ask for assistance. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/14/2025 | Review email from debtor: Reviewed email from debtor regarding possible marriage, after speaking with a paralegal, drafted an email to debtor with details on how marriage would affect her bankruptcy plan | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/15/2025 | Review and respond to email memo: Reviewed email memo from VM re: plan payment; drafted email to VM informing her that once the debtor gets married the attorney analyzes the non filing spouses income to see if it increases | 0.10 | $155.00 | $15.50 |
| Service | VM | 01/16/2025 | Contact Debtor (Text/Email): Reviewed email from paralegal, responded to debtor's emails about | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | concerns regarding marriage and trustee payments increasing | | | |
| Service | JAC | 02/20/2025 | Review: 24-51515-KMS Notice of Assignment/Transfer of Claim Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/20/2025 | Review: 24-51515-KMS Transfer of Claim (No Waiver) Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | VM | 02/27/2025 | Call Debtor: Reviewed email from debtor about incurring debt, gave her a call back to inform her of process. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/05/2025 | Review email from debtor: Reviewed email from debtor to inform us she is ready to proceed with requesting a loan. Drafted email to debtor to inform her of needed documents to incur debt. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/07/2025 | Contact Debtor (Text/Email): Drafted email to debtor to inform her of loan process and to inform her personal loan would be rejected from the court. Informed debtor loans are usually approved for cars, homes, emergencies, etc. | 0.10 | $100.00 | $10.00 |
| Service | VM | 03/31/2025 | Review email from debtor: Reviewed email from debtor informing me of her inquiry about her possibly receiving additional income from child support, she wanted to know if it would change her plan payments. Reviewed wiki and determined we would need to list as income but I wasn't certain if it would change her plan payments, drafted email to JC for review. | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/02/2025 | Contact Debtor (Text/Email): Reviewed email from paralegal informing me what is needed to determine changes in debtor's case, drafted email to debtor. | 0.10 | $100.00 | $10.00 |
| Service | TR | 04/18/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/21/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; began drafting 2nd Application for Compensation. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/21/2025 | Created draft invoice and gathered information to obtain cost of mailing | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | estimate. | | | |
| Service | JC | 04/21/2025 | Drafted 2nd Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/21/2025 | Reviewed current invoice and completed drafting 2nd Application for Compensation; drafted Notice, Affidavit, and proposed Order. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/21/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| | | | | | **Services Subtotal** | **$414.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/06/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $34.85 | $34.85 |
| Expense | 04/21/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application - Estimate | 1.00 | $3.50 | $3.50 |
| | | | | **Expenses Subtotal** | **$38.35** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.5 | $360.00 | $180.00 |
| Jennifer Curry Calvillo | Attorney | 0.6 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 0.6 | $155.00 | $93.00 |
| Jacki Curry | Non-Attorney | 1.8 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | **Subtotal** | **$452.85** |
| | | | **Total** | **$452.85** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7306 | 01/04/2025 | $3,100.46 | $0.00 | $3,100.46 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7826 | 05/21/2025 | $452.85 | $0.00 | $452.85 |

| | |
|---|---|
| **Outstanding Balance** | **$3,553.31** |
| **Total Amount Outstanding** | **$3,553.31** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

1 How many PAGES are in the document(s) you intend to upload? 3 pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

2 How many parties will be receiving your documents? 1 parties

This is another way of asking how many envelopes will we have to stuff?

3 We will print on both sides of the sheet. 2

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

4 We will print your documents 1 page per side. 1

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

Get Estimate!

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

| | | |
|---|---|---|
| | 1.5 | |
| Date and Time: | Mon Apr 21 2025 08:30:57 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 3 | |
| Sheets Per Envelope | 1.5 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 0.5700000000000001 |
| Postage Cost: | $ | 0.73 |
| Total Cost: | $ | 3.50 (Minimum Charge) |

Print This Estimate

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED